Entered on Docket January 30, 2023

**Below is the Order of the Court.**



_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Case No. 15-16197 CMA |
| ANGELA INDIRA MAHABIR, | ORDER GRANTING MOTION FOR DETERMINATION OF FINAL CURE |
| Debtor. | |

THIS MATTER came before the Court on Debtors' Motion for Determination of Final Cure and Payment of All Post-Petition Payments. The Court has considered the Motion, the record and files in this case, and the oral argument, if any, and found good cause to grant the Motion.

It is ORDERED that:

1) Debtors' Motion for Determination of Final Cure and Payment of All Post-Petition Payments is granted;

ORDER -1

**Barraza Law, PLLC**
10728 16th Ave SW
Seattle, WA 98146
206-933-7861 phone
206-933-7863 fax

2) Debtors' mortgage loan (Claim #6) has been cured and it is current through December 31, 2022. The next payment is due January 1, 2023;

3) Any amounts for fees, charges, or expenses that U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust may allege the Debtor owes as of December 31, 2022 in connection with any alleged default on their mortgage or otherwise, that have not been approved by this Court through the allowance of the claim of Creditor or otherwise, be deemed cured by completion of the plan and therefore canceled and discharged;

4) U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust and its successors and assigns shall be prohibited from including in any statement or communication sent to the borrower or third parties and/or attempting to collect any of these discharged fees or expenses any amount inconsistent with this order.

5) U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust shall send periodic statements directly to Debtors at 744 N 182nd St., Shoreline, WA 98133 pursuant to 12 CFR 1026.41.

// END OF ORDER //

Presented by:

BARRAZA LAW, PLLC
*/s/ Vicente Omar Barraza*
Vicente Omar Barraza, WSBA # 43589
Attorney for Debtor

ORDER -2

**Barraza Law, PLLC**
10728 16th Ave SW
Seattle, WA 98146
206-933-7861 phone
206-933-7863 fax